THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES FOX, Appellant. [610 NYS2d 921] —Judgment unanimously affirmed. Memorandum: The record supports the suppression court's finding that defendant, despite his mild mental retardation, effectively waived his *Miranda* rights *(see, People v Williams,* 62 NY2d 285, 287; *People v Orlando LL.,* 188 AD2d 685, *lv denied* 81 NY2d 845; *People v Matthews,* 148 AD2d 272, *lv dismissed* 74 NY2d 950). Defendant's sentence is neither harsh nor excessive. (Appeal from Judgment of On-

tario County Court, Henry, Jr., J.—Rape, 1st Degree.) Present —Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.